**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Mary George  
Probation Officer: Patrick J. Lynch

Date: March 3, 2015

Criminal Action No.: 14-cr-00076-JLK-3

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    MICHAEL RAVI PENA,

    Defendant.

*Counsel:*

Barbara S. Skalla

Lynn A. Pierce

---

**SENTENCING MINUTES**

---

**2:04 p.m.**    **Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

**Change of Plea Hearing:** November 19, 2014.

**Defendant plead guilty to Count One of the Indictment, and Count One of the Information.**

Parties received and reviewed the presentence report.

The Court **accept**s the Defendant's pleas of guilty to Count One of the Indictment and Court One of the Information.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

*14-cr-00076-JLK-3*
*Sentencing*
*March 3, 2015*

**ORDERED:**   Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [Filed 1/26/15; Doc. No. 253] is DENIED as MOOT.

**ORDERED:**   Motion for Variant Non-Guideline Sentence (Filed 2/7/15; Doc. No. 259) is DENIED as MOOT.

**ORDERED:**   (*Restricted document*) Government's Motion for Downward Departure Pursuant to U.S.S.G. §5K1.1 and 18 U.S.C.§ 3553(e) [Filed 2/27/15; Doc. No. 268] is DENIED as MOOT.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**

Defendant is sentenced as to **Count One of the Indictment** to a term of imprisonment of **84 months**, and sentenced to **Count One of the Information** to a term of imprisonment of **26 months**, such terms to be served concurrently.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years** as to **Count One of the Indictment** and **2 years** as to **Count One of the Information**, such terms to be served concurrently.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X)   Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or

*14-cr-00076-JLK-3*
*Sentencing*
*March 3, 2015*

|     |     |
| --- | --- |
|     | other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer |
| (X) | Defendant shall participate in and successfully complete a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer. |
| (X) | Defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist.  The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained. |
| (X) | Defendant shall not associate with or have contact with any gang members.  Defendant shall not participate in gang activity, to include displaying gang paraphernalia. |
| (X) | Defendant admits to the forfeiture allegation contained in the Indictment, pursuant to FRCP Rule 32.2.  Defendant shall forfeit to the United States any and all real or personal property, derived from proceeds from the instant offense. |

**ORDERED:**  The Government's Oral Request is GRANTED.  The Defendant shall forfeit his interest in the specified items listed in paragraph 8, starting on page 4, of the plea agreement.

**ORDERED:**  The Government's Oral Motion to Dismiss Counts Two and Three of the Indictment is GRANTED.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 200.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:20 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 16 minutes.